IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MONTBLANC-SIMPLO GMBH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:13-cv-1013 (AJT/IDD) |
| ) | |
| ACHATSTYLOMONTBLANC.COM., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 17] of the Magistrate Judge recommending that default judgment be entered against the defendant domain names under Fed. R. Civ. P. 55(b)(2), and that the domain names be transferred to plaintiff pursuant to 15 U.S.C. §§ 1125(d)(1)(C) and (d)(2). No objection to the Report and Recommendation has been filed by any of the defendant domain names. Upon consideration of the Report and Recommendation, and after the Court conducted a *de novo* review of the evidence in this case, the Court hereby adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that plaintiff's Motion for Entry of Default Judgment [Doc. No. 13] as to the defendant domain names be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered against defendant domain names <AChatStyloMontblanc.com>, <CheapMontblancFuller.com>, <DiscountMontblanc.com>, < GoodDealMontblanc.com>, <LoveMontblancPens.com>, <MontblancItems.com>, <MontblancMerchant.com>, <MontblancPenShopOnline.com>, <MontblancPenSmart.com> and <TakeMontblancPen.com> under Fed. R. Civ. P. 55(b)(2); and

it is further

ORDERED that the defendant domain names be, and the same hereby are, transferred to plaintiff, and that VeriSign, Inc. be, and the same hereby is, directed to immediately and permanently transfer all proprietary and ownership rights to the defendant domain names to Montblanc-Simplo GmbH, or a registrar of plaintiff's choosing, pursuant to 15 U.S.C. §§ 1125(d)(1)(C) and (d)(2).

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to the registrant of the domain names at:

lilei188188@163.com.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 3, 2014